UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
EDGAR AGENTS, LLC,   :
   :
                            Plaintiff,   :      22-CV-0647 (JMF)
   :
            -v-   :          ORDER
   :
EMPIRE FILINGS LLC, et al.,   :
   :
                         Defendants.   :
   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 16, 2022, Plaintiff filed a motion for a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure.  *See* ECF No. 17.  Defendants shall file any opposition by **March 2, 2022**.  Plaintiff's reply, if any, shall be filed by **March 9, 2022**.  If either side believes that there is a need for discovery in connection with the motion or an evidentiary hearing, it shall confer with the other side and promptly submit a letter motion to that effect.

       Plaintiff is directed to serve a copy of this order on Defendants within one business day and to file proof of such service with the Court.

       SO ORDERED.

Dated: February 17, 2022                _____
       New York, New York              JESSE M. FURMAN
                                                    United States District Judge