UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
EDGAR AGENTS, LLC,                                                   :
:
                      Plaintiff,                       :      22-CV-0647 (JMF)
:
        -v-                                                          :      <u>ORDER</u>
:
EMPIRE FILINGS LLC, et al.,                                          :
:
                      Defendants.                      :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties shall appear **in person** for a conference to address the pending motions and next steps in this case generally on **Thursday, April 14, 2022, at 10:00 a.m.**, in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007.

      All members of the public, including attorneys, who plan to attend the proceedings in person must complete a questionnaire before being allowed entry into the Courthouse. **Attached to this Order are instructions and a link to the questionnaire.** In light of these protocols, counsel should arrive at the Courthouse early to ensure that the proceeding can begin on time. **An N95, KN95 or KF94 mask (fully covering the mouth and nose) must be worn at all times while in the Courthouse, except by attorneys while speaking from a podium in a Courtroom.** (Please note that cloth masks, bandanas, neck gaiters, masks with exhalation valves, and ordinary surgical masks are not permitted.) If someone does not have an adequate face covering, it will be provided upon entry by the Court Security Officers.

      SO ORDERED.

Dated: April 8, 2022
       New York, New York                          _____
                                                          JESSE M. FURMAN
                                                   United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 164.

The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500