

RICHARD S. SCHURIN
STEVEN STERN
STANLEY GOODMAN
PENINA GREEN
MOSHE ALLWEISS

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

April 19, 2022

**VIA ECF**

Hon. Jesse M. Furman
U.S. District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Edgar Agents LLC v. Empire Filings LLC et al.*
       Civil Action No. 22-00647 (JMF)

Dear Judge Furman:

  We represent Plaintiff Edgar Agents LLC in connection with the above-captioned litigation. We write pursuant to paragraph 1. F of Your Honor's Individual Rules to request a one-week extension of time to file an Amended Complaint in accordance with the Court's Order of April 6, 2022 (Dkt.No. 34).

  The date for Plaintiff to file an Amended Complaint is currently April 26, 2022. No previous request for an extension of this date has been sought or granted. Good cause exists for this extension since the officers of Plaintiff are on vacation for the Passover holiday and counsel is unable to confer with them with respect to amendment of the Complaint during this time. Defendant consents to this request. We do not believe that this requested extension will impact any other existing dates. The next applicable due date in this case is April 29, 2022, which is the date for the parties to advise the Court of their preferences as to the form of mediation. This extension will not impact that date.

  For the reason stated above, Plaintiff respectfully requests that the date for it file an Amended Complaint be extended until May 3, 2022.

Application GRANTED. Any amended complaint or opposition to Defendant's motion to dismiss shall be filed by **May 3, 2022**. As stated in the Court's order at ECF No. 34, if Plaintiff does amend, by three weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. The Clerk of Court is directed to terminate ECF No. 37. SO ORDERED.

*[signature]*

April 19, 2022

Respectfully submitted,
**STERN & SCHURIN, LLP**

*Richard S. Schurin*

Richard S. Schurin